# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY MAGEE, JR.

NO. 2021 KW 1052

**DECEMBER 6, 2021**

---

In Re:   Donald Ray Magee, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-114111.

---

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, the commitment order, and any pertinent minute entries and/or any other portions of the district court record that might support the claims raised in the writ application.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT